# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY ROSHON ROBERTS, SR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-11-284-M |
| JOSEPH TAYLOR, Warden, | ) |
| Defendant. | ) |

## ORDER

On February 22, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's application for preliminary injunction be denied as moot. The parties were advised of their right to object to the Report and Recommendation by March 14, 2012. On March 6, 2012, plaintiff his response in opposition to the February 22, 2012 Report and Recommendation.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 22, 2012, and

(2) DENIES plaintiff's Application for Preliminary Injunction [docket no. 4] as moot.

**IT IS SO ORDERED this 14th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE